UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLOTTE DOBESSI
BOSSOMBO,

       Plaintiff,

v.

DTE ENERGY COMPANY,

       Defendant.

Case No. 26-cv-12152
Hon. Matthew F. Leitman

_____/

### ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

In this action, *pro se* Plaintiff Charlotte Dobessi Bossombo brings claims against Defendant DTE Energy Company. (*See* Compl., ECF No. 1.)  When Bossombo filed her Complaint, Bossombo neither paid the required filing fee nor filed an application to proceed *in forma pauperis*.  Accordingly, on June 26, 2026, the Court directed Bossombo to either pay the fee or file an application to proceed *in forma pauperis* by no later than July 10, 2026. (*See* Notice, ECF No. 3.)  The Court further warned Bossombo that "[i]f the filing fee [was] not received by the Clerk's Office or if an application to proceed *in forma pauperis* [was] not filed within fourteen calendar days of this notice, this case may be dismissed." (*Id.*)  The Court also sent a blank *in forma pauperis* application to Bossombo. (*See* ECF No. 4.)

1

Bossombo has not paid the filing fee or filed an application to proceed *in forma pauperis* as directed.  Nor has she contacted the Court to ask for additional time to do so.  Thus, because Bossombo has not paid the required filing fee, her Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 20, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2